IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.              CRIMINAL NO. 4:92CR40013-001 and
                                4:92CR40013-002

JOHN ALLISON SMALLWOOD and
THERESE C. BOWARD SMALLWOOD                                           DEFENDANTS

## CORRECTION OF RESTITUTION PAYEE ASSIGNMENT ON JUDGMENT AND COMMITMENT ORDERS

Defendants, John Allison Smallwood and Therese C. Boward Smallwood, were sentenced on December 8, 1995, and September 13, 1995, respectively. Each was ordered to pay $1,015.00 in restitution, which represents one-half of the total loss of $2,030.00 divided among 49 victims in this case. Victims 1-24 were identified as payees on the Judgment entered for Therese Smallwood and victims 25-49 were identified as payees on the Judgment entered for John Smallwood. However, this division of the payee list does not represent equal halves of the amount of restitution originally ordered.

**IT IS THEREFORE ORDERED** that to fully satisfy the intent of the Order of Restitution that both defendants are responsible for one-half of the total loss, the attached list of 49 victims be included as attachments to both judgments, that the victims be paid in the order listed, and that this order become a permanent attachment to the original Judgment and Commitment Orders filed on September 20, 1995 and December 19, 1995.

**IT IS SO ORDERED this 15th day of August, 2006.**

                                        */s/ Harry F. Barnes*
                                        **HARRY F. BARNES**
                                        **U.S. DISTRICT JUDGE**